ACCEPTED
12-17-00351-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/19/2018 2:19 PM
Pam Estes
CLERK



SMITH COUNTY COURTHOUSE
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

April Allison Sikes, First Assistant

# D. Matt Bingham

**Criminal District Attorney**
**Smith County**

FILED IN
12th COURT OF APPEALS 720
TYLER, TEXAS (903) 590-1719
1/19/2018 2:19:33 PM
Michael4: West, Appellate Chief
PAM ESTES
Jennifer Barfield, Office Director
Clerk

January 19, 2018

12th Court of Appeals
1517 West Front Street, ste. 354
Tyler, Texas 75702

**Re:    12-17-00351-CR, Wilson v. State - State's Letter Brief**.

To the 12th Court of Appeals:

In this case, Darien Wilson was arrested for breaking into a Tyler store to commit theft after the shop had closed for the evening. (1 C.R. at 1.) He was represented by counsel and pleaded guilty to burglary of a building. (1 C.R. at 45.) On March 3, 2017, the 7th District Court placed him on probation and assessed $539 in court costs. (1 C.R. at 57.) Last fall, the court revoked Wilson's probation and sentenced him to 9 months' confinement in a state jail facility. (1 C.R. at 87.) On December 5, 2017, the $539 bill of costs was finally added to the record, revealing a $250 DNA testing fee for sexual offenses. (1 C.R. at 92.) On appeal, Wilson's sole complaint relates to this fee. (Appellant Br. at 4.)

Ordinarily, a defendant placed on community supervision may raise issues relating to the original plea proceeding, such as evidentiary sufficiency, only when community supervision is first imposed. *Manuel v. State*, 994 S.W.2d 658, 661-662 (Tex. Crim. App. 1999). Specifically, this entails filing a notice of appeal within 30 days after a sentence is imposed. Tex. R. App. P. 26.2(a)(1). If the defendant fails to do so, his complaint will normally be subject to procedural default. *Manuel*, 994 S.W.2d at 662.

Although there is no evidence that Wilson ever sought permission to appeal any aspect of his probation order, procedural default rules depend on an appellant's knowledge of, and failure to challenge, an issue. *Riles v. State*, 452 S.W.3d 333, 337 (Tex. Crim. App. 2015). In this case, the trial court did not produce a bill of costs until after Wilson had already been sentenced, and his crime has no sexual component. (1 C.R. at 1, 57, 87, 92.) In short, there is no reason to suspect that Wilson knew or had any reason to know that he was being charged a fee for sexual offense DNA testing. Consequently, the State must concede both that Wilson did not waive his complaint and also that he was overcharged for DNA testing. There is, in fact, a DNA testing fee for a defendant who is convicted of a felony and placed on community supervision. Tex. Code Crim. Proc. Ann. art. 102.020(a) (West 2016). It is $34, not $250. *Ibid*.

When a reviewing court has the necessary information, a judgment may be reformed on appeal. *Brewer v. State*, 572 S.W.2d 719, 723 (Tex. Crim. App. 1978); Tex. R. App. P. 43.2 (b). Here, this Court should modify Wilson's bill of costs to accurately reflect what he owes under Tex. Code Crim. Proc. Ann. art. 102.020(a) (West 2016).

Yours truly,

Sarah Bales Mikkelsen
Asst. Criminal District Attorney
Bar I.D. No. 24087139
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## CERTIFICATE OF COMPLIANCE

The State's Reply Brief contains 623 words, in compliance with Texas Rule of Appellate Procedure 9.4.

*SK Bales Mikkelsen*
Sarah Bales Mikkelsen
Asst. Criminal District Attorney
Bar I.D. No. 24087139

## CERTIFICATE OF SERVICE

On January 19, 2018, the following have been completed:

(1)    The original of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically filed with the 12th Court of Appeals clerk.

(2)    A legible copy of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically served to James Huggler, Jr. at jhugglerlaw@sbcglobal.net.

*SK Bales Mikkelsen*
Sarah Bales Mikkelsen
Asst. Criminal District Attorney
Bar I.D. No. 24087139
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)